## Farmer Appeal.

Before MURPHY, J.

Argued September 10, 1974. *S. Gordon Elkins,* for appellant; *Sidney Ginsberg* submitted a brief for appellee.

Orders affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.